# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00092-CR

**Hector Raul Mendoza, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
### NO. C-1-CR-24-400438, HONORABLE ELISABETH ASHLEA EARLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Hector Raul Mendoza has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id.*

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed on Appellant's Motion

Filed: February 19, 2025

Do Not Publish